**FILED**

AUG - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABRAHAM SERRANO OSORIO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08 1347 |
| | ) |
| HARLEY LAPPIN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction. This is a final appealable Order.

_____
United States District Judge